## (December 14, 1966)

■ In the Matter of FRANCES KAHN, Petitioner, v. SUPREME COURT OF THE COUNTY OF NEW YORK et al., Respondents.— Petition dated December 9, 1966, pursuant to CPLR article 78 dismissed, without costs or disbursements. Attention of counsel is called to section 722-c of the County Law. Concur — Botein, P. J., Breitel, Rabin, Steuer and Capozzoli, JJ.

## (December 15, 1966)

■ ABRAHAM STRAUSS, Respondent, v. BENNETT BROTHERS CORP. et al., Defendants. BENNETT BROTHERS INC., Defendant and Third-Party Plaintiff, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Third-Party Defendant-Appellant.— Order entered August 30, 1965, denying the third-party defendant-appellant's motion for a severance of the third-party action, unanimously reversed, on the law, on the facts, and in the exercise of discretion, with $30 costs and disbursements to said appellant, and the motion therefor granted. The third-party complaint is grounded on an insurance policy allegedly indemnifying the third-party plaintiff against the tort claim underlying the complaint. Plaintiff's action will be tried before a jury. The fact of insurance relative to the occurrence complained of by plaintiff will be prejudicial as a matter of law as to the third-party defendant-appellant. (Kelly v. Yannotti, 4 N Y 2d 603; Rauch v. Berlin, 24 A D 2d 976.) Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

## (December 20, 1966)

■ SAMUEL C. DRETZIN, Appellant, v. ERNEST S. ALSON et al., Respondents.— Appeal from order entered October 7, 1966, directing plaintiff to appear for continuation of examination dismissed, with $30 costs and disbursements to the respondents, on the ground that no substantial right was affected (CPLR 5701, subd. [a], par. 2 [v]). Concur — Breitel, J. P., Rabin, McNally, Stevens, and Steuer, JJ.